1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    EASTERN DISTRICT OF CALIFORNIA
8
9  CESAR ALFREDO TORRES,            )      1:07-CV-0328 LJO SMS HC
                                    )
10        Petitioner,               )      ORDER REGARDING DOCUMENTS
                                    )      FILED IN SPANISH
11    v.                            )
                                    )      CLERK IS DIRECTED TO PROVIDE A
12  JAMES A. YATES,                 )      COPY OF DOCUMENT 11 TO
                                    )      PETITIONER
13        Respondent.               )      (DOCUMENT #11)
   _____   )
14

15        Petitioner is a prisoner proceeding pro se.  On April 2, 2007 petitioner submitted a letter to the

16  Court written in Spanish (Document 11).  The Court, however, does not accept filing in any language

17  other than English.  The Court is unable to read or comprehend the nature of these documents, and there

18  are no appropriated funds available to translate documents Petitioner files with the court which are

19  written in a language other than English.

20        The Court will direct the Clerk of the Court to return a copy of Document No. 11 to Petitioner.

21  The Court cannot consider a letter filed in Spanish.

22        Accordingly, it is HEREBY ORDERED that:

23        1. Petitioner's letters submitted April 2, 2007 (Document No. 11) are disregarded as MOOT; and

24        2. The Clerk of the Court is DIRECTED to provide Petitioner with a copy of Document No. 11.

25  IT IS SO ORDERED.

26  **Dated:    April 17, 2007**              **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE
27

28