UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ALFREDO TORRES, ) | 1:07-CV-00328 LJO SMS HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| ) | [Doc. #16] |
| v. ) | |
| ) | ORDER GRANTING RESPONDENT'S |
| ) | MOTION TO DISMISS AND DISMISSING |
| ) | PETITION FOR WRIT OF HABEAS |
| JAMES A. YATES, ) | CORPUS [Doc. #14] |
| ) | |
| Respondent. ) | ORDER DIRECTING CLERK OF COURT |
| ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 10, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended Respondent's motion to dismiss be GRANTED and the petition for writ of habeas corpus be DISMISSED without prejudice for failure to exhaust state remedies. Petitioner was given an opportunity to withdraw the unexhausted claims and proceed with exhausted claims, but opted not to do so. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendation issued July 10, 2007, is ADOPTED IN FULL;

    2. Respondent's motion to dismiss is GRANTED;

    3. The petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE; and

    4. The Clerk of the Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:   August 24, 2007**                        **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE