IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ALFREDO TORRES, | 1:07-cv-00328 LJO-SMS (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| JAMES A. YATES, et al., | (DOCUMENT #28) |
| Respondents. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On February 1, 2008, petitioner filed a motion to extend time to file his Traverse.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty (30) days from the date of service of this order in which to file his Traverse.

IT IS SO ORDERED.

**Dated:   February 13, 2008**          /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE