IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CESAR ALFREDO TORRES,  No. 1:07-00328 CW (HC)

    Petitioner, **JUDGMENT**

  v.

JAMES A. YATES,

    Respondent.
_____/

For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED

That Petitioner Cesar Alfredo Torres' Petition for Writ of Habeas Corpus is denied and that each party bear its own costs of action.

Dated at Oakland, California, this 1st day of April, 2009.

                          VICTORIA MINOR
                          Clerk of Court

                By: _/s/ Sheilah Cahill_____
                          SHEILAH CAHILL
                          Deputy Clerk